1 | Hon. Karen L Strombom

2 | Peter D. Stutheit, WSBA #32090
3 | Yarmuth Wilsdon Calfo, PLLC
    The IDX Tower
    925 Fourth Avenue, Suite 2500
4 | Seattle, Washington 98104-1157
    206-516-3800
5 | 206-516-3888 fax
    pstutheit@yarmuth.com

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| DIRECTV, INC., a California corporation, | No. 3:04-cv-05658-KLS |
| Plaintiff, | DIRECTV Litigation |
| v. | STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ROY PORTER |
| ROY PORTER, | |
| Defendant. | |

The parties hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of all claims against the Defendant Roy Porter with prejudice and without attorneys' fees or costs.

//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL OF DEFENDANT ROY PORTER
NO. – Page 1

1   DATED this 29th day of September, 2005.

3   YARMUTH WILSDON CALFO PLLC

7   By: /s/ Peter D. Stutheit                By: /s/ Roy Porter
    Peter D. Stutheit, WSBA #32090               Roy Porter

    Attorneys for Plaintiff DIRECTV, Inc.         Pro Se Defendant

**IT IS SO ORDERED.**

DATED this 3rd day of October, 2005.

_Karen L. Strombom_ (signature)
Karen L. Strombom
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL OF DEFENDANT ROY PORTER
NO. – Page 2

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888